ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
tkuhls@psalaw.net

*Former Attorneys for Defendant*
*Walmart Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JASON LOWE,<br><br>　　　　　　Plaintiff,<br>v.<br><br>WALMART INC. DBA WALMART NEIGHBORHOOD MARKET #4339 a Nevada Domestic Limited-Liability Company; SECURITAS SECURITY SERVICES USA, INC., a Foreign Corporation; DOES 1 through 30; ROE BUSINESS ENTITIES 1 through 30; DOE STAFF MEMBERS 1 through 30, inclusive,<br>　　　　　　Defendants. | Case No.: 2:21-cv-02192-JCM-DJA<br><br>**MOTION TO WITHDRAW FORMER COUNSEL OF RECORD, THOSE ATTORNEYS AFFILIATED WITH PHILLIPS, SPALLAS & ANGSTADT, LLC FROM THE ELECTRONIC SERVICE LIST** |

 COMES NOW, former counsel for WALMART INC. ("Defendant" and/or "Walmart"), who hereby petitions this Court, pursuant to Local Rule LR IA 11-6(b), to withdraw those attorneys affiliated with the law firm of PHILLIPS, SPALLAS & ANGSTADT, LLC, from the service list on the above-captioned matter.

. . .

. . .

. . .

. . .

. . .

- 1 -

Specifically, undersigned counsel requests the following names and addresses be removed from the electronic service list:

| Robert K. Phillips | rphillips@psalaw.net, | aayres@psalaw.net, |
| afoshee@psalaw.net, | creyes@psalaw.net, | dwilson@psalaw.net, |
| iburton@psalaw.net, | jkephart@psalaw.net, | jpatrick@psalaw.net, |
| jtang@psalaw.net, | laguilar@psalaw.net, | lrobinson@psalaw.net, |
| lvmail@psalaw.net, | lwall@psalaw.net, | mcervantes@psalaw.net, |
| msoto@psalaw.net, | mwessel@psalaw.net, | nhebert@psalaw.net, |
| tkuhls@psalaw.net | | |

Megan Elizabeth Wessel   mwessel@psalaw.net

DATED this 5th day of April 2022.

**PHILLIPS, SPALLAS & ANGSTADT LLC**

_____
ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
504 South Ninth Street
Las Vegas, Nevada 89101

*Former Attorneys for Defendant Walmart Inc.*

**IT IS SO ORDERED**.

DATED: April 6, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of April 2022, I served a true and correct copy of the foregoing, **MOTION TO WITHDRAW FORMER COUNSEL OF RECORD, THOSE ATTORNEYS AFFILIATED WITH PHILLIPS, SPALLAS & ANGSTADT, LLC FROM THE ELECTRONIC SERVICE LIST**, as follows:

☐ By facsimile addressed to the following counsel of record, at the address listed below:

☐ By placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☐ By Hand Delivery (ROC); and/or

☒ By Electronic Filing/Service Notification to:

| ATTORNEY OF RECORD | TELEPHONE/FAX | PARTY |
|---|---|---|
| IAN C. ESTRADA, ESQ.<br>Nevada Bar No. 12575<br>RICHARD HARRIS LAW FIRM<br>801 S. Fourth Street<br>Las Vegas, Nevada 89101 | Phone: 702-444-4444<br>Fax:    702-444-4455 | Plaintiff |
| LEONARD T. FINK, ESQ.<br>Nevada Bar No. 6296<br>NAKESHA S. DUNCAN-PEREZ, ESQ.<br>Nevada Bar No. 11556<br>CHAD D. FUSS, ESQ.<br>Nevada Bar No. 12744<br>9075 W. Diablo Drive, Suite 302<br>Las Vegas, Nevada 89148 | Phone: 702-804-0706<br>Fax:    702-804-0798 | Counsel for Co-Defendants |
| KURT R. BONDS, ESQ.<br>Nevada Bar No. 6228<br>DAVID M. SEXTON, ESQ.<br>Nevada Bar No. 14951<br>ALVERSON TAYLOR & SANDERS<br>6605 Grand Montecito Parkway, Suite 200<br>Las Vegas, NV 89149 | Phone 702-384-7000<br>Fax    702-385-7000 | Defendant Walmart Inc. |

*/s/ Joshua J. Kephart*
_____
An Employee of PHILLIPS, SPALLAS & ANGSTADT, LLC