LEONARD T. FINK, ESQ.
Nevada Bar No. 6296
NAKESHA S. DUNCAN-PEREZ, ESQ.
Nevada Bar No. 11556
CHAD D. FUSS, ESQ.
Nevada Bar No. 12744
**SPRINGEL & FINK LLP**
9075 W. Diablo Drive, Suite 302
Las Vegas, Nevada 89148
Telephone: (702) 804-0706
E-Mail:   lfink@springelfink.com
          nduncan@springelfink.com
          cfuss@springelfink.com

Attorneys for Defendant,
*SECURITAS SECURITY SERVICES USA, INC.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA
\*\*\*

| | |
|---|---|
| JASON LOWE, | Case No.: 2:21-cv-02192-JCM-DJA |
| Plaintiff, | |
| vs. | |
| WALMART, INC. DBA WALMART NEIGHBORHOOD MARKET #4339 a Nevada Domestic Limited Liability Company; SECURITAS SECURITY SERVICES USA, INC., a Foreign Corporation; DOES 1 through 30; ROE BUSINESS ENTITIES1 through 30; DOE STAFF MEMBERS 1 through 30, inclusive, | **STIPULATION AND ORDER TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE** |
| Defendants. | |

Defendant, SECURITAS SECURITY SERVICES USA, INC.'S ("SECURITAS"), Defendant, WALMART, INC. dba WALMART NEIGHBORHOOD MARKET #4339, and Plaintiff, JASON LOWE ("Plaintiff") by and through their respective counsels of record, stipulate that:

-1-

1. Plaintiff's Complaint against Defendants, and all amendments thereto, are dismissed with prejudice; and

2. Each party is to bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

DATED this 23rd day of March, 2023.                    DATED this 23rd day of March, 2023.

SPRINGEL & FINK LLP                                    RICHARD HARRIS LAW FIRM

*/s/ Chad D. Fuss, Esq.*                               */s/ Ian C. Estrada, Esq.*
By: _____                     By: _____
LEONARD T. FINK, ESQ.                                  IAN C. ESTRADA, ESQ.
Nevada Bar No. 6296                                    Nevada Bar No. 12575
NAKESHA S. DUNCAN-PEREZ, ESQ.                          801 S. Fourth St.
Nevada Bar No. 11556                                   Las Vegas, NV 89101
CHAD D. FUSS, ESQ.                                     Attorneys for Plaintiff,
Nevada Bar No. 12744                                   *JASON LOWE*
Attorneys for Defendant,
*SECURITAS SECURITY SERVICES USA, INC.*

DATED this 23rd day of March, 2023.

ALVERSON TAYLOR & SANDERS

*/s/ Kurt Bonds, Esq.*
By: _____
KURT BONDS, ESQ.
Nevada Bar No. 6228
6605 Grand Montecito Pkwy., Ste. 200
Las Vegas, NV 89149
Attorney for Defendant,
*WALMART, INC.*

## ORDERED

IT IS HEREBY ORDERED.


DATED April 3, 2023.


_____
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| **From:** | Ian Estrada |
| **To:** | Chad D. Fuss; Madison Aguirre; Nakesha Duncan-Perez; Karina Rosas |
| **Cc:** | Alma Duarte |
| **Subject:** | Re: Lowe v. Walmart/Securitas |
| **Date:** | Wednesday, March 22, 2023 12:20:40 PM |

Chad, please go ahead and use my e-signature.

And thanks for putting this together. (I know I said I'd do it; so, thank you)

Thanks,

Ian

**From:** Chad D. Fuss <cfuss@springelfink.com>
**Date:** Wednesday, March 22, 2023 at 12:16 PM
**To:** Madison Aguirre <MAguirre@AlversonTaylor.com>, Ian Estrada <Ian@richardharrislaw.com>, Nakesha Duncan-Perez <nduncan@springelfink.com>, Karina Rosas <krosas@richardharrislaw.com>
**Cc:** Alma Duarte <aduarte@springelfink.com>
**Subject:** RE: Lowe v. Walmart/Securitas

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ian and Madison-

Attached is a draft stipulation to dismiss. Please let us know if we can use your electronic signatures on it.

Thank you.


Chad D. Fuss
Attorney



9075 W. Diablo Drive., Suite 302 | Las Vegas, NV 89148
Tel: (702) 804-0706 | Fax: (702) 804-0798


**From:** Madison Aguirre <MAguirre@AlversonTaylor.com>
**Sent:** Thursday, March 16, 2023 8:40 AM
**To:** 'Ian Estrada' <Ian@richardharrislaw.com>; Chad D. Fuss <cfuss@springelfink.com>; Nakesha

Duncan-Perez <nduncan@springelfink.com>; Karina Rosas <krosas@richardharrislaw.com>
**Subject:** RE: Lowe v. Walmart/Securitas

Good morning,

That is accurate.

Thank you.

**Madison Aguirre**
Alverson Taylor & Sanders
702.384.7000 | alversontaylor.com

---

**From:** Ian Estrada <Ian@richardharrislaw.com>
**Sent:** Wednesday, March 15, 2023 7:06 PM
**To:** Chad D. Fuss <cfuss@springelfink.com>; Nakesha Duncan-Perez <nduncan@springelfink.com>; Madison Aguirre <MAguirre@AlversonTaylor.com>; Karina Rosas <krosas@richardharrislaw.com>
**Subject:** Lowe v. Walmart/Securitas

Chad and Madison,

This is to confirm that both of your clients have agreed to a walk away. Mr. Lowe will dismiss your clients with prejudice and each party will cover their own fees and costs.

If this is not accurate, please let me know.

I will circulate a SAO to Dismiss shortly.

Thanks,

Ian

---

This email has been scanned for spam and viruses. Click here to report this email as spam.

---

This email has been scanned for spam and viruses. Click here to report this email as spam.

| | |
|---|---|
| **From:** | Kurt Bonds |
| **To:** | Chad D. Fuss; Madison Aguirre; "Ian Estrada"; Nakesha Duncan-Perez; Karina Rosas |
| **Cc:** | Alma Duarte |
| **Subject:** | RE: Lowe v. Walmart/Securitas |
| **Date:** | Wednesday, March 22, 2023 12:31:21 PM |
| **Attachments:** | image002.png |

This works for us on behalf of Walmart. Kurt.

Kurt Bonds, Esq.



6605 Grand Montecito Pkwy., Suite 200, Las Vegas, NV 89149
702.384.7000 **Office** | 702.385.7000 **Fax**

website | bio | vCard | map | email

**From:** Chad D. Fuss <cfuss@springelfink.com>
**Sent:** Wednesday, March 22, 2023 12:16 PM
**To:** Madison Aguirre <MAguirre@AlversonTaylor.com>; 'Ian Estrada' <Ian@richardharrislaw.com>; Nakesha Duncan-Perez <nduncan@springelfink.com>; Karina Rosas <krosas@richardharrislaw.com>
**Cc:** Alma Duarte <aduarte@springelfink.com>
**Subject:** RE: Lowe v. Walmart/Securitas

Ian and Madison-

Attached is a draft stipulation to dismiss. Please let us know if we can use your electronic signatures on it.

Thank you.

Chad D. Fuss
Attorney



9075 W. Diablo Drive., Suite 302 | Las Vegas, NV 89148
Tel: (702) 804-0706 | Fax: (702) 804-0798

**From:** Madison Aguirre <MAguirre@AlversonTaylor.com>
**Sent:** Thursday, March 16, 2023 8:40 AM
**To:** 'Ian Estrada' <Ian@richardharrislaw.com>; Chad D. Fuss <cfuss@springelfink.com>; Nakesha

Duncan-Perez <nduncan@springelfink.com>; Karina Rosas <krosas@richardharrislaw.com>
**Subject:** RE: Lowe v. Walmart/Securitas

Good morning,

That is accurate.

Thank you.

**Madison Aguirre**
Alverson Taylor & Sanders
702.384.7000 | alversontaylor.com

---

**From:** Ian Estrada <Ian@richardharrislaw.com>
**Sent:** Wednesday, March 15, 2023 7:06 PM
**To:** Chad D. Fuss <cfuss@springelfink.com>; Nakesha Duncan-Perez <nduncan@springelfink.com>; Madison Aguirre <MAguirre@AlversonTaylor.com>; Karina Rosas <krosas@richardharrislaw.com>
**Subject:** Lowe v. Walmart/Securitas

Chad and Madison,

This is to confirm that both of your clients have agreed to a walk away. Mr. Lowe will dismiss your clients with prejudice and each party will cover their own fees and costs.

If this is not accurate, please let me know.

I will circulate a SAO to Dismiss shortly.

Thanks,

Ian

---

This email has been scanned for spam and viruses. Click here to report this email as spam.

---

This email has been scanned for spam and viruses. Click here to report this email as spam.